UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **RICHARD L. WALKER** | * | CIVIL ACTION NO. 07-0759<br>Section P |
| **VERSUS** | * | JUDGE JAMES |
| **SEAN OGLESHY, ET AL.** | * | MAGISTRATE JUDGE HAYES |

## O R D E R

Before the court is a motion to be transferred to another facility filed by *pro se* plaintiff, Richard L. Walker. [doc. # 4]. Although the motion is **DENIED** at this time, given the allegations in the motion, and in the amended complaint filed by the plaintiff [doc. #6], the undersigned finds that appointment of counsel is warranted in order to provide the plaintiff with assistance in investigating and presenting his case.

A district court may request an attorney to represent any person unable to afford counsel. 28 U.S.C. § 1915(e)(1).  However, there is no automatic right to appointment of counsel in a civil rights case. *Baranowski v. Hart*, 486 F.3d 112, 126 (5th Cir. 2007) (citing *Romero v. Becken*, 256 F.3d 349, 353-54 (5th Cir.2001)).  "In evaluating whether the appointment of counsel is proper, the district court considers the type and complexity of the case, the litigant's ability to investigate and present the case, and the level of skill required to present the evidence." *Id*.

In the case *sub judice*, undersigned finds that appointment of counsel is warranted.

Accordingly, Attorney Charles Kincade is hereby appointed to represent Richard L. Walker in this matter.  IT IS SO ORDERED.

THUS DONE AND SIGNED at Monroe, Louisiana, this 30th day of August, 2007.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE