

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **RICHARD L. WALKER**<br>LA. DOC # 1566456 | * | CIVIL ACTION NO. 07-0759<br>Section P |
| **VERSUS** | * | JUDGE JAMES T. TRIMBLE, JR. |
| **RICHARD FEWELL, SHERIFF, ET AL.** | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment be entered in favor of defendants, Richard Fewell, Sheriff; Deputy Shawn Oglesby; Deputy Alan Green; Deputy Ernest Davis; and John Doe; and against plaintiff, Richard L. Walker, dismissing, with prejudice, plaintiff's complaint, in its entirety.

THUS DONE AND SIGNED in chambers, this 29th day of August 2011, Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES SENIOR DISTRICT JUDGE